# RUHNKE & BARRETT
## ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)  ◊  JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

## LETTER-MOTION—WITH CONSENT—
## TO CONTINUE ARRAIGNMENT DATE

March 16, 2020

Served and Filed Via ECF
Hon. Paul A. Oetken, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

> Re: *United States v. Chaves and Sampson,*
>    20-cr-00192(JPO)

Dear Judge Oekten:

This letter-motion is submitted on behalf of both defendants, with the consent of the United States, to continue the arraignment date (now set for March 18) by approximately 14 days, with a date to be agreed upon after consultation with Your Honor's Deputy Clerk. The request is prompted by travel and work-related concerns arising from the current health emergency. Counsel agree to any associated exclusion of time pursuant to the Speedy Trial Act.

Your Honor's time and attention to this matter are appreciated.

Respectfully submitted,
/s/
David A. Ruhnke

Via ECF:  Xi Qian, AUSA
          Marne Lenox, AFPD

J. PAUL OETKEN
United States District Judge

Granted.  The arraignment and initial presentment are adjourned to April 7, 2020 at 10:30 am.  Time is excluded through April 7, 2020 at 10:30 am, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered:  3/16/20