

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2020

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Fax: (212) 805-7986

Re:   *United States v. Daurell Chavis and Timmie Sampson*, 20 Cr. 192 (JPO)

Dear Judge Oetken:

The Government respectfully writes to request, with consent from both defendants, that the Court adjourn the arraignment and initial conference in the above-captioned matter, which is currently scheduled for May 18 at 10:30a.m., for sixty days, on a day that does not fall on a Tuesday or Thursday, in light of the ongoing pandemic.  The Government has produced the bulk of discovery in this case, and will continue to produce discovery on a rolling basis as they become available.

Should the Court grant this request, the parties also request that the time until arraignment and initial conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  In light of the current public health crisis, the parties believe that an exclusion of time is in the public's interest.

Granted.  The arraignment and initial conference for defendants Daurell Chavis and Timmie Sampson is hereby adjourned to July 20, 2020, at 11:00 am.
  Time is excluded through July 20, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
  So ordered.
    May 11, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

    /s/
Ni Qian
Sheb Swett
Assistant United States Attorney
Southern District of New York
(212) 637-2364/-6522

J. PAUL OETKEN
United States District Judge