**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2020

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Fax: (212) 805-7986

Re: *United States v. Daurell Chavis and Timmie Sampson*, 20 Cr. 192 (JPO)

Dear Judge Oetken:

The Government respectfully writes to request, with consent from both defendants, that the Court adjourn the arraignment and initial conference in the above-captioned matter, which is currently scheduled for July 20, 2020 at 11:00 a.m., to a date in September, in light of the ongoing pandemic. The parties propose the following potential dates: September 18, September 21, September 23, September 25, September 28, and September 30.

Should the Court grant this request, the parties also request that the time until arraignment and initial conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). In light of the current public health crisis, the parties believe that an exclusion of time is in the public's interest.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

_____/s/_____
Ni Qian
Sheb Swett
Assistant United States Attorney
Southern District of New York
(212) 637-2364/-6522

---

Granted.
The arraignment and initial conference in this matter are hereby adjourned to September 18, 2020, at 2:00 p.m.  Time is excluded through September 18, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
  So ordered:  July 21, 2020

_____
J. PAUL OETKEN
United States District Judge