# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2020

**VIA ECF**
The Honorable Judge J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:   United States v. Daurell Chavis, Timmie Sampson**
       **20 Cr. 192 (JPO)**

Honorable Judge Oetken:

A conference in the above-captioned case is currently scheduled for September 18, 2020 at 2PM. Given the current COVID-19 pandemic, the parties jointly request that the September 18 conference be adjourned until Monday, October 26 or Friday, October 30. The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox, Counsel for Daurell Chavis
Assistant Federal Defender
(212) 417-8721

---

Granted.  The arraignment and initial conference in this matter are adjourned to October 30, 2020, at 2:00 p.m. The Court hereby excludes time through October 30, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
   So ordered.
   Dated September 16, 2020

_____
J. PAUL OETKEN
United States District Judge