**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 9, 2021

**BY ECF**

The Honorable Judge J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Daurell Chavis**
              20 Cr. 192 (JPO)

Honorable Judge Oetken:

    I write as counsel for Daurell Chavis in the above-captioned matter to respectfully request a three-week adjournment of the motions deadline, currently set for April 12, 2021. The Government consents to this request. Counsel for Mr. Chavis's co-defendant, Timmie Sampson, does not object to this request.

    Over the past week, the defense has been engaged in discussions with the Government concerning a possible pretrial resolution of this matter. Mr. Chavis remains hopeful that the parties will reach a disposition that will render pretrial motion practice in this matter unnecessary. If the parties are unable to reach agreement, Mr. Chavis will file motions accordingly.

    Thank you for your consideration of this request.

> Granted. The motions deadline is hereby extended to May 3, 2021, with responses due May 24, 2021, and replies due May 31, 2021.
>   So ordered:  4/9/2021

Respectfully submitted,

/s/ Marne L. Lenox
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

J. PAUL OETKEN
United States District Judge