UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br>-v-<br>DAURELL CHAVIS, et al.,<br>     Defendants. | 20-CR-192 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The jury trial in this case, previously scheduled for December 6, 2021, is hereby adjourned to December 13, 2021. This case is the first-priority case for jury selection on December 13, 2021, so that is a firm trial date, and the party shall prepare accordingly. The Court will set pretrial deadlines at the next conference, which is currently scheduled for October 6, 2021, at 12:30 p.m.

　　　SO ORDERED.

Dated: September 14, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　United States District Judge