# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 28, 2022

**BY ECF**
The Honorable Judge J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE:   **United States v. Daurell Chavis**
      **20 Cr. 192 (JPO)**

Dear Judge Oetken:

I write on behalf of my client, Daurell Chavis, to respectfully request that the Court modify Mr. Chavis's bail conditions to allow him to travel to the University of Albany on May 9, 2022 to help his daughter move home after her first year of college. Pretrial Services and the Government do not object to this request.

On February 11, 2020, Magistrate Judge Robert W. Lehrburger released Mr. Chavis on his own signature and imposed the following bail conditions: a $50,000 personal recognizance bond, cosigned by two financially responsible persons; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; pretrial supervision as directed by Pretrial Services; urinalysis; home detention with GPS monitoring; surrender of all weapons and firearms; and no contact with co-defendants unless in the presence of counsel. Mr. Chavis's bail conditions were timely satisfied.

On February 21, 2020 before Magistrate Judge Sarah Cave, the defense requested that Mr. Chavis's bail conditions be modified to remove home detention and electronic monitoring. Magistrate Judge Cave denied this request. On June 2, 2020, with the consent of Pretrial Services and the Government, the defense again requested that Mr. Chavis's bail conditions be modified to remove home detention and electronic monitoring. The following day, the Court granted the bail modification, removing the condition of home detention and replacing it with a curfew as determined by Pretrial Services with GPS location monitoring.

Mr. Chavis has been on pretrial supervision for more than one year. In that time, he has remained compliant with his conditions of release. In August 2021, the Court granted Mr. Chavis permission to travel to Albany to bring his daughter to the University of Albany. He now

requests permission to travel to pick her up from Albany after her first year of college. Pretrial Services and the Government do not object to this request.

Thank you for your consideration of this request.


Respectfully submitted,

/s/

Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

**SO ORDERED:**

4/29/2022

J. PAUL OETKEN
United States District Judge


cc:     Ni Qian, Assistant U.S. Attorney
        Sheb Swett, Assistant U.S. Attorney
        Joshua Rothman, Intensive Supervision Specialist