**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 4, 2022

**BY ECF**
The Honorable Judge J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:    United States v. Daurell Chavis**
        **20 Cr. 192 (JPO)**

Dear Judge Oetken:

    I write on behalf of my client, Daurell Chavis, concerning his recent request to travel to the University of Alabama on Monday, May 9, 2022 to help his daughter move home after her first year of college. The Court granted this request on April 29, 2022. Unfortunately, Mr. Chavis has just learned that a family member is suffering from liver failure and may soon pass away. His daughter would like to return home sooner to visit her ailing cousin. Accordingly, Mr. Chavis respectfully requests that the Court modify Mr. Chavis's bail conditions to allow him to travel to the University of Albany this Friday, May 6, 2022 instead of Monday, May 9, 2022.

    Thank you for your consideration of this request.

Respectfully submitted,

    /s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

**SO ORDERED:**

5/4/2022

_____
J. PAUL OETKEN
United States District Judge

cc:     Ni Qian, Assistant U.S. Attorney
       Sheb Swett, Assistant U.S. Attorney
       Joshua Rothman, Intensive Supervision Specialist