```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    20 CR 192-1 (JPO)
     -against-                       :
                                     :    ORDER
Daurell Chavis                       :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

J. Paul Oetken, United States District Judge:

ORDERED that the defendant's conditions of release be modified to permit removal of the GPS monitoring equipment on July 8, 2022, prior to the defendant's surrender to his designated Bureau of Prisons facility on July 11, 2022.

Dated: New York, New York
       July 7, 2022

                                        SO ORDERED

                                        _____
                                        J. PAUL OETKEN
                                        United States District Judge