Probation Form No. 35  
(1/92)

Report and Order Terminating Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                 Docket No. 20-CR-00192-01 (JPO)

Daurell Chavis

On July 7, 2023, the above-named was placed on Supervised Release for a period of three (3) years. Mr. Chavis has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by one (1) year.

Respectfully submitted,

by *Lauren Blackford*

Lauren M. Blackford  
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Daurell Chavis be granted a one-year reduction in his Supervised Release term with a new maximum expiration date of July 6, 2025.

Date this __26th__ day of __March__ , 20 __25__ .

J. PAUL OETKEN  
United States District Judge